No. 82–1889. SPRINGFIELD TOWNSHIP SCHOOL DISTRICT ET AL. v. KNOLL, 471 U. S. 288. Motion of respondent to retax costs

granted and the parties are to bear their own costs. JUSTICE POWELL took no part in the consideration or decision of this motion.